IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Quinata, Joseph P | Case Number: 05 B 19768 |
| | Judge: Hollis, Pamela S |
| Printed: 01/13/09 | Filed: 5/17/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: December 5, 2008
Confirmed: July 11, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 17,052.40 | |
| Secured: | | 11,120.81 |
| Unsecured: | | 2,288.13 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 906.06 |
| Other Funds: | | 37.40 |
| Totals: | 17,052.40 | 17,052.40 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | HSBC Auto Finance | Secured | 11,120.81 | 11,120.81 |
| 3. | Arrow Financial Services | Unsecured | 60.53 | 210.87 |
| 4. | Jefferson Capital | Unsecured | 88.01 | 306.70 |
| 5. | HSBC Auto Finance | Unsecured | 508.09 | 1,770.56 |
| 6. | Check Restitution | Unsecured | | No Claim Filed |
| 7. | Capital One | Unsecured | | No Claim Filed |
| 8. | Grant & Webber | Unsecured | | No Claim Filed |
| | | | $ 14,477.44 | $ 16,108.94 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 40.23 |
| 5.5% | 200.22 |
| 5% | 67.06 |
| 4.8% | 119.54 |
| 5.4% | 268.99 |
| 6.5% | 161.91 |
| 6.6% | 48.11 |
| | $ 906.06 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Quinata, Joseph P

Printed: 01/13/09

Case Number:  05 B 19768
Judge:  Hollis, Pamela S
Filed:  5/17/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

